UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIMAL NAND REDDY,

        Petitioner,

    v.

HIGH DESERT STATE PRISON WARDEN,

        Respondent.

Case No. 25-cv-08505-NW

**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE**

Re: ECF No. 16

The Court is in receipt of Respondent's first motion for an extension of time to file a response to the petition for writ of habeas corpus. *See* ECF No. 16. Upon due consideration of Respondent's motion and the supporting declaration of counsel, good cause appearing, the Court **GRANTS** the motion. *See* Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4). Accordingly, the response must be filed and served no later than August 24, 2026. Any traverse by Petitioner Vimal Nand Reddy must be filed and served upon Respondent no later than 28 days from the date the response is filed. The matter shall be deemed submitted as of the date the traverse is due.

    **IT IS SO ORDERED.**

Dated: June 23, 2026

                                                    _____

                                                Noël Wise
                                                United States District Judge

United States District Court
Northern District of California